In the Matter of the Claim of THOMAS F. BROWN, Respondent, against CHARLES DAW and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from award in compensation, one-half against each of two carriers. The medical evidence sustains the divided liability. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of MARY KEFFORD, Respondent, against FEDERAL RESERVE BANK OF NEW YORK and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant was employed as a cook in a bank cafeteria. While turning from the table at which she was working, to step over to the icebox to get food, she fell and injured her right hand. She testified that she did not slip nor stumble, and does not know why she fell. She testifies it was a hot day and she might have been dizzy, but she did not feel dizzy, but was in perfect health up to that time. The evidence justifies the award made. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of MILDRED HYSHIVER, Appellant, against HOTEL LAURELTON and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Appeal from decision of State Industrial Board which disallowed claim for death benefits. Decedent was a bellhop in the Hotel Laurelton. While standing with a bag and package in his hands waiting for an elevator he collapsed and died on the same day of coronary thrombosis and arterio sclerosis. The referee and Industrial Board found that the decedent had sustained no accidental injury and that his death was not the result of an accidental injury. Decision unanimously affirmed. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.